```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF GEORGIA
                      SAVANNAH DIVISION
```

*IN RE*                          *       CIVIL ACTION NO.
                                 *       4:09-CV-130-WTM
TROY ANTHONY DAVIS,              *
                                 *
     Petitioner,                 *
                                 *

### RESPONDENT'S LIST OF EXHIBITS

1) Voluntary statement of Joseph Blige, dated 8/19/89

2) Voluntary statement of Lamar Brown, dated 8/19/89

3) Voluntary statement of Sylvester Coles, dated 8/19/89

4) Voluntary statement of Sylvester Coles, dated 8/24/89

5) Voluntary statement of Darrell Collins, dated 8/19/89

6) Voluntary statement of Darrell Collins, dated 8/25/89

7) Preliminary investigation report regarding interview with Michael Cooper by Savannah Police Department, dated 8/19/89

8) Voluntary statement of Michael Cooper, dated 6/25/91

9) Voluntary statement of Eric Ellison, dated 8/21/89

10) Voluntary statement of Dorothy Ferrell, dated 8/19/89

11) Voluntary statement of Dorothy Ferrell, dated 9/5/89

12) Voluntary statement of Benjamin Gordon, dated 8/19/89

13) Voluntary statement of Valerie Gordon, dated 9/1/89

14) Voluntary statement of April Hester, dated 8/19/89

15) Investigation report regarding interview with Monty Holmes, dated 8/21/89

16) Voluntary statement of Monty Holmes, dated 8/22/89

17) Voluntary statement of Kevin McQueen, dated 10/6/89

18) Voluntary statement of Harriet Murray, dated 8/19/89

19) Voluntary statement of Harriet Murray, dated 8/24/89

20) Voluntary statement of Jeffrey Sapp, dated 8/21/89

21) Voluntary statement of Joseph Washington, dated 8/19/89

22) Voluntary statement of Mark Wilds, dated 8/19/89

23) Voluntary statement of Antoine Williams, dated 8/19/89

24) Voluntary statement of Antoine Williams, dated 8/30/89

25) Voluntary statement of Craig Young, dated 8/22/89

26) Voluntary statement of Larry Young, dated 8/19/89

27) Letter dated 3/26/90 to Detective Greg Ramsey from Probation Officer Chambliss T. Stevens regarding Michael Cooper

28) Death certificate of Joseph Blige

29) Death certificate of Harriet Murray

30) Savannah Police Department File, which includes audio tapes

31) Aerial photograph of Burger King parking lot as it appeared in August of 1989

32) Order of the Georgia Board of Pardons and Paroles denying commutation and stay of sentence of death to Troy Davis dated September 12, 2008.

33) Statement of the Georgia Board of Pardons and Paroles

34) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Joseph Washington

35) Certified copies from the Superior Court of Chatham County of indictments and verdicts re:  Anita Saddler

36) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Gary Hargrove

37) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Benjamin Gordon

38) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Dorothy Ferrell

39) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Michael Cooper

40) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Lamar Brown

41) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Darrell Collins

42) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Tonya Johnson

43) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Darold Taylor

44) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Anthony Hargrove

45) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Joseph Blige

46) Certified copies from the Superior Court of Hall County of indictments and verdicts re: Dorothy Ferrell

47) Certified copies from the Superior Court of Dekalb County of indictments and verdicts re: Kevin McQueen

48) Certified copies from the Superior Court of Bulloch County of indictments and verdicts re: Gary Hargrove

49) Certified copies from the State Court of Bulloch County of indictments and verdicts re: Gary Hargrove

50) Certified copies from the Superior Court of Bryan County of indictments and verdicts re: Gary Hargrove

51) Certified copies from the Superior Court of Glynn County of indictments and verdicts re: Gary Hargrove

52) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Kevin McQueen

53) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Jeffery Sapp

54) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Anthony Hargrove

55) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Darold Taylor

56) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Michael Cooper

57) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Jeffery Sapp

58) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Tonya Johnson

59) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Mark Wilds

60) Certified copies from the State Court of Chatham County of indictments and verdicts re: Anthony Hargrove

61) Certified copies from the State Court of Chatham County of indictments and verdicts re: Gary Hargrove

62) Certified copies from the State Court of Chatham County of indictments and verdicts re: Darold Taylor

63) Certified copies from the State Court of Chatham County of indictments and verdicts re: Michael Cooper

64) Certified copies from the State Court of Chatham County of indictments and verdicts re: Tonya Johnson

65) Certified copies from the Circuit Criminal Court of Orange County of indictments and verdicts re: Anthony Hargrove

66) Arrest Warrant for Probation Violation re: Dorothy Ferrell

67) Arrest Warrant for Contempt re: Darrell Collins

        Respectfully submitted,

        THURBERT E. BAKER      033887
        Attorney General

        MARY BETH WESTMORELAND      750150
        Deputy Attorney General

        _s/Beth Burton_____
        BETH BURTON      027500
        Senior Assistant Attorney General

        _s/Susan Boleyn_____
        SUSAN V. BOLEYN      065850
        Special Assistant Attorney General

Please serve:

BETH BURTON
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
(404) 656-3499

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed this *Exhibit List* with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Philip Horton
>Jason Ewart
>Jonathan Stern
>Danielle Garten
>Dominic Vote
>ARNOLD & PORTER LLP
>555 12th Street, NW
>Washington D.C. 20004
>(202) 942-5000
>
>
>Brian Kammer
>GEORGIA RESOURCE CENTER
>303 Elizabeth Street, NE
>Atlanta, Georgia 30307
>(404) 222-9202

This 4th day of June 2010.

>_s/Beth Burton _____
>BETH BURTON
>Senior Assistant Attorney General