FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 JUN 18 AM 9: 40

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN RE TROY ANTHONY DAVIS        )        CASE NO. CV409-130
                                )
                                )

# O R D E R

Before the Court is Mr. Wells C. Bennett's Motion for Leave to Appear Pro Hac Vice. (Doc. 69.) Southern District of Georgia Local Rule 83.4(b) requires an attorney to be "in good standing with the bar of another federal district court" before he can be admitted pro hac vice in this district. Mr. Bennett admits that he is not a member in good standing of any United States District Court bar, but asks that the Court waive that requirement and allow him to appear in this case. However, the Court is unwilling to dispense with this condition for admission pro hac vice. Accordingly, Mr. Bennett's motion is **DENIED**. Should Mr. Bennett become a member in good standing of any United States District Court, he may file a second motion to appear pro hac vice.

SO ORDERED this 17th day of June 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA