Case 4:09-cv-00130-WTM Document 87 Filed 08/03/10 Page 1 of 4

```
                                              FILED
                                         U.S. DISTRICT COURT
                                           SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2010 AUG -3 PM 3:25

CLERK_____B. West_____
SO. DIST. OF GA.

| IN RE | * | CIVIL ACTION NO. |
|---|---|---|
|  | * | 4:09-CV-130-WTM |
| TROY ANTHONY DAVIS, | * |  |
|  | * |  |
| Petitioner, | * |  |
|  | * |  |

## RESPONDENT'S LIST OF EXHIBITS

1) Voluntary statement of Joseph Blige, dated 8/19/89

2) ✓ Voluntary statement of Lamar Brown, dated 8/19/89 **Adm**

3) ✓ Voluntary statement of Sylvester Coles, dated 8/19/89 **Adm**

4) ✓ Voluntary statement of Sylvester Coles, dated 8/24/89 **Adm**

5) ✓ Voluntary statement of Darrell Collins, dated 8/19/89 **Adm**

6) ✓ Voluntary statement of Darrell Collins, dated 8/25/89 **Adm**

7) ✓ Preliminary investigation report regarding interview with Michael Cooper by Savannah Police Department, dated 8/19/89 **Adm**

8) ✓ Voluntary statement of Michael Cooper, dated 6/25/91 **Adm**

9) ✓ Voluntary statement of Eric Ellison, dated 8/21/89 **Adm**

10) ✓ Voluntary statement of Dorothy Ferrell, dated 8/19/89 **Adm**

11) ✓ Voluntary statement of Dorothy Ferrell, dated 9/5/89 **Adm**

12) ✓ Voluntary statement of Benjamin Gordon, dated 8/19/89 **Adm**

13) ✓ Voluntary statement of Valerie Gordon, dated 9/1/89 **Adm**

14) ✓ Voluntary statement of April Hester, dated 8/19/89 **Adm**

15) ✓ Investigation report regarding interview with Monty Holmes, dated 8/21/89 **Adm**

16) ✓ Voluntary statement of Monty Holmes, dated 8/22/89 **Adm w/obj**

17) Voluntary statement of Kevin McQueen, dated 10/6/89

18) ✓ Voluntary statement of Harriet Murray, dated 8/19/89 **Adm**

19) ✓ Voluntary statement of Harriet Murray, dated 8/24/89 **Adm**

20) ✓ Voluntary statement of Jeffrey Sapp, dated 8/21/89 **Adm**

21) Voluntary statement of Joseph Washington, dated 8/19/89

22) Voluntary statement of Mark Wilds, dated 8/19/89

23) ✓ Voluntary statement of Antoine Williams, dated 8/19/89 **Adm**

24) ✓ Voluntary statement of Antoine Williams, dated 8/30/89 **Adm**

25) ✓ Voluntary statement of Craig Young, dated 8/22/89 **Adm**

26) ✓ Voluntary statement of Larry Young, dated 8/19/89 **Adm**

27) ✓ Letter dated 3/26/90 to Detective Greg Ramsey from Probation Officer Chambliss T. Stevens regarding Michael Cooper **Adm**

28) ✓ Death certificate of Joseph Blige **Adm**

29) ✓ Death certificate of Harriet Murray **Adm**

30) ✓ Savannah Police Department File, which includes audio tapes **Adm**

31) ✓ Aerial photograph of Burger King parking lot as it appeared in August of 1989 **Adm**

32) ✓ Order of the Georgia Board of Pardons and Paroles denying commutation and stay of sentence of death to Troy Davis dated September 12, 2008. **Adm**

33) ✓ Statement of the Georgia Board of Pardons and Paroles **Adm**

34) ✓ Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Joseph Washington **Adm**

35) ✓ Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Anita Saddler **Adm**

2

36) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Gary Hargrove  ADM

37) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Benjamin Gordon  ADM

38) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Dorothy Ferrell  ADM

39) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Michael Cooper  ADM

40) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Lamar Brown  ADM

41) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Darrell Collins  ADM

42) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Tonya Johnson  ADM

43) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Darold Taylor  ADM

44) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Anthony Hargrove  ADM

45) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Joseph Blige  ADM

46) Certified copies from the Superior Court of Hall County of indictments and verdicts re: Dorothy Ferrell  ADM

47) Certified copies from the Superior Court of Dekalb County of indictments and verdicts re: Kevin McQueen  ADM

48) Certified copies from the Superior Court of Bulloch County of indictments and verdicts re: Gary Hargrove  ADM

49) Certified copies from the State Court of Bulloch County of indictments and verdicts re: Gary Hargrove  ADM

50) Certified copies from the Superior Court of Bryan County of indictments and verdicts re: Gary Hargrove  ADM

51) Certified copies from the Superior Court of Glynn County of indictments and verdicts re: Gary Hargrove

3

52) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Kevin McQueen  Adm

53) Certified copies from the Superior Court of Chatham County of indictments and verdicts re: Jeffery Sapp  Adm

54) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Anthony Hargrove  Adm

55) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Darold Taylor  Adm

56) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Michael Cooper  Adm

57) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Jeffery Sapp  Adm

58) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Tonya Johnson  Adm

59) Certified copies from the Recorder's Court of Chatham County of indictments and verdicts re: Mark Wilds  Adm

60) Certified copies from the State Court of Chatham County of indictments and verdicts re: Anthony Hargrove  Adm

61) Certified copies from the State Court of Chatham County of indictments and verdicts re: Gary Hargrove  Adm

62) Certified copies from the State Court of Chatham County of indictments and verdicts re: Darold Taylor  Adm

63) Certified copies from the State Court of Chatham County of indictments and verdicts re: Michael Cooper  Adm

64) Certified copies from the State Court of Chatham County of indictments and verdicts re: Tonya Johnson

65) Certified copies from the Circuit Criminal Court of Orange County of indictments and verdicts re: Anthony Hargrove  Adm

66) Arrest Warrant for Probation Violation re: Dorothy Ferrell  Adm w/obj

67) Georgia Bureau of Investigations Report of Kristen Fripp regarding DNA typing  Adm w/obj

4