# ARNOLD & PORTER LLP

*In Re: Troy Anthony Davis*
U.S. District Court for the Southern District of Georgia
(Savannah Division)
Case No.: 4:09-cv-00130-WTM

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 AUG -3 PM 3: 25

CLERK _B. West_
SO. DIST. OF GA.

## Index of Petitioner's Evidentiary Hearing Exhibits

| Admitted? | Exhibit | Date | Document |
|---|---|---|---|
| ✓ Collins 6/23/2010 | 1 | 7/11/2002 | Affidavit of Darrell "D.D." Collins |
|  | 2 | 11/29/2000 | Affidavit of Dorothy Ferrell |
| ✓ Gordon 6/23/2010 | 3 | 2/10/2003 | Affidavit of Benjamin Gordon |
| ✓ Gordon 6/23/2010 | 4 | 9/8/2008 | Affidavit of Benjamin Gordon |
|  | 5 | 10/2/2002 | Affidavit of John Hanusz |
|  | 6 | 8/20/2001 | Affidavit of Anthony Hargrove |
|  | 7 | 8/17/2001 | Affidavit of Gary Hargrove |
|  | 8 | 11/30/1995 | Affidavit of April Hester Hutchinson |
|  | 8A | 7/7/2002 | Affidavit of April Hester Hutchinson |
| ✓ | 9 | 12/5/1996 | Affidavit of Tonya Johnson  *denied* |
|  | 10 | 10/10/2002 | Affidavit of Daniel Kinsman |
|  | 11 | 8/19/1989 | Police Statement of Daniel Kinsman |
|  | 12 | 10/18/2002 | Affidavit of David Mack |
| ✓ McQueen 6/23/2010 | 13 | 12/5/1996 | Affidavit of Kevin McQueen |
| ✓ Hanusz 6/23/2010 | 14 | 10/14/2002 | Affidavit of Harriett Murray |
|  | 15 | 2/9/2003 | Affidavit of Jeffrey Sapp |
|  | 16 | 10/12/2002 | Affidavit of Antoine Williams |
| ✓ Hanusz 6/23/2010 | 17 | 10/11/2002 | Affidavit of Larry Young |
| ✓ Adm | 18 | 8/19/1989 | Savannah Police Department Neighborhood Crime Information Canvass |
| ✓ Adm ✓ | 19 | N/A | Photograph of Troy Davis Used in Photo Array |
|  | 20 | 8/19/1989 | Photograph of Crime Scene (Burger King Parking Lot) |
| ✓ Williams 6/23/2010 | 20A | 8/19/1989 | Photograph of Crime Scene (Antoine Williams' Car) |
|  | 20B | N/A | Photograph of Crime Scene (Dorothy Ferrell) |
|  | 20C | N/A | Photograph of Crime Scene (Dorothy Ferrell View) |
| ✓ Zapal 6/23/2010 | 21 | 8/19/1989 | Tape Recording of Police Interrogation of Michael Wilds |
| ✓ Zapal | 21A | 8/19/1989 | Enhanced Tape Recording of Police Interrogation of |

| Admitted? | Exhibit | Date | Document |
|---|---|---|---|
| 6/23/2010 | | | Michael Wilds |
| Zapal 6/23/2010 | 21B | 8/19/1989 | Excerpts of Enhanced Tape Recording of Police Interrogation of Michael Wilds |
| ✓ Adm | 22 | N/A | Wanted Poster of Troy Davis |
| | 23 | 8/19/1989 - 8/26/1989 | News Coverage of the Investigation |
| | 23A | N/A | Video of Television Tapes - All Stations |
| | 24 | 8/19/1989 | Police Statement of Sylvester "Redd" Coles |
| | 24A | 8/24/1989 | Police Statement of Sylvester "Redd" Coles |
| | 25 | 11/5/1987 | Record of Conviction of Sylvester "Redd" Coles for Pointing or Aiming a Gun at Another, O.C.G.A. § 16-11-102 |
| | 25A | 11/5/1987 | Record of Conviction of Sylvester "Redd" Coles for Carrying a Concealed Weapon, O.C.G.A. § 16-11-126 |
| | 26 | 8/28/1989 | Enhanced Tape Recording of Interview with Sylvester "Redd" Coles |
| | 27 | 6/28/2009 | Affidavit of Quiana Glover |
| | 28 | 6/29/2009 | Affidavit of Alicia Blakely |
| | 29 | 6/29/2009 | Affidavit of Hollis Mitchell |
| | 30 | 6/29/2009 | Affidavit of Jeff Walsh |
| | 31 | 8/22/2007 | Georgia Bureau of Investigation Ballistics Report of Bernadette Davy |
| | 31A | 9/21/2007 | Georgia Bureau of Investigation Ballistics Report of George Stanley |
| Admitted 6/23/2010 | 32 | N/A | Excerpts from Respondent's Exhibit 30 - Savannah Police Department File |
| Admitted 6/23/2010 | 32A | 9/25/1989 | Det. Greg Ramsey's Police Report |
| Admitted 6/23/2010 | 32B | 3/15/1990 | Georgia Bureau of Investigation Toxicology Report of Sally Watford on Larry Young |
| Admitted 6/23/2010 | 32C | 8/19/1989 | Police Statement of Darrell "D.D." Collins |
| Admitted 6/23/2010 | 32D | 8/25/1989 | Police Statement of Darrell "D.D." Collins |
| Admitted 6/23/2010 | 32E | 8/19/1989 | Police Statement of Benjamin Gordon |
| Sapp 6/23/2010 | 32F | 8/21/1989 | Police Statement of Jeffrey Sapp |
| Admitted 6/23/2010 | 32G | 8/20/1989 | Police Statement of Jeffrey Sams |
| Admitted 6/23/2010 | 32H | 8/25/1989 | Police Statement of Jeffrey Sams |
| Admitted 6/23/2010 | 32I | 10/6/1989 | Interview Transcript of Kevin McQueen |

| Admitted? | Exhibit | Date | Document |
|---|---|---|---|
| Admitted 6/23/2010 | 32J | 9/5/1989 | Georgia Bureau of Investigation Ballistics Report of Roger Parian on Mark McPhail |
| Admitted 6/23/2010 | 32K | 9/5/1989 | Georgia Bureau of Investigation Ballistics Report of Roger Parian on Michael Cooper |
| Admitted 6/23/2010 | 32L | 9/5/1989 | Georgia Bureau of Investigation Ballistics Report of Roger Parian on Sherman Coleman |
| Admitted 6/23/2010 | 32M | 8/19/1989 | Police Statement of Lamar Brown |
| Admitted 6/23/2010 | 32N | 8/19/1989 | Police Statement of Larry Young |
| Admitted 6/23/2010 | 32O | 9/1/1989 | Supplemental Police Report of Det. Frederick Praylo |
| Admitted 6/23/2010 | 32P | 9/26/1989 | Supplemental Police Report of Det. Frederick Praylo |
| Admitted 6/23/2010 | 32Q | 8/19/1989 | Police Report of Mark Wilds |
| Admitted 6/23/2010 | 32R | 8/19/1989 | Police Report of Joseph Blige |
| Admitted 6/23/2010 | 32S | 8/19/1989 | Handwritten Notes of Det. Greg Ramsey re: Interview with Sylvester Coles |
| Admitted 6/23/2010 | 32T | 8/24/1989 | Handwritten Notes of Det. Greg Ramsey |
| Admitted 6/23/2010 | 32U | 8/19/1989 | Police Statement of Harriett Murray |
| Admitted 6/23/2010 | 32V | 8/24/1989 | Police Statement of Harriett Murray |
| Admitted 6/23/2010 | 32W | 8/29/1989 | Supplemental Police Report of Det. Richard Zapal |
| Admitted 6/23/2010 | 32X | 8/19/1989 | Handwritten Notes of Det. Richard Zapal re: Preliminary Witness Interviews |
| Admitted 6/23/2010 | 32Y | 8/19/1989 | Police Statement of Dorothy Ferrell |
| Admitted 6/23/2010 | 32Z | 9/5/1989 | Police Statement of Dorothy Ferrell |
| Admitted 6/23/2010 | 32AA | 8/26/1989 | Supplemental Police Report re: Mark Wilds |
| Admitted 6/23/2010 | 32BB | 8/19/1989 | Miranda Warning for Michael Wilds |
| Admitted 6/23/2010 | 32CC | 9/26/1989 | Supplemental Police Report by Sgt. S. Hood re: Interrogation of Michael Wilds |
| Admitted 6/23/2010 | 32DD | 8/30/1989 | Supplemental Police Report of Det. D.E. Fagerstrom |
| Admitted 6/23/2010 | 32EE | 8/19/1989 | Police Statement of Stephen Sanders |

| Admitted? | Exhibit | Date | Document |
|---|---|---|---|
| Admitted 6/23/2010 | 32FF | 8/19/1989 | Police Statement of Robert Grizzard |
| Admitted 6/23/2010 | 32GG | 8/24/1989 | Supplemental Police Report of Det. D.E. Fagerstrom |
| Admitted 6/23/2010 | 32HH | 1988 | Field Arrest Report for Troy Anthony Davis |
| Admitted 6/23/2010 | 32II | 1988 | Criminal Docket for Troy Anthony Davis |
| Admitted 6/23/2010 | 32JJ | 8/23/1989 | Supplemental Police Report of Det. Robert Scott re: Larry Young |
| Admitted 6/23/2010 | 32KK | 8/30/1989 | Handwritten Notes of Det. Greg Ramsey |
| Admitted 6/23/2010 | 32LL | 9/25/1989 | Supplemental Police Report of Det. John Whitcomb |
| Admitted 6/23/2010 | 32MM | NO DATE | Supplemental Police Report of Cpl. Lavon Oglesby |
| Admitted 6/23/2010 | 32NN | 8/30/1989 | Savannah Police Department Technical Services Work Request for Latent Prints |
| Admitted 6/23/2010 | 32OO | 8/19/1989 | Police Statement of Antoine Williams |
| Admitted 6/23/2010 | 32PP | 8/30/1989 | Police Statement of Antoine Williams |
| Admitted 6/23/2010 | 32QQ | 8/22/1989 | Police Statement of Craig Young |
| Admitted 6/23/2010 | 32RR | 8/19/1989 | Police Statement of April Hester |
| Admitted 6/23/2010 | 32SS | 8/19/1989 | Savannah Police Department Property & Evidence Log for 1528 Cloverdale Drive |
| Admitted 6/23/2010 | 32TT | 8/19/1989 | Savannah Police Department Property & Evidence Log for Audubon and Cloverdale Drive |
| Admitted 6/23/2010 | 32UU | 8/21/1989 | Supplemental Police Report of Sgt. S. Hood re: Monty Holmes |
| Admitted 6/23/2010 | 32VV | 8/22/1989 | Police Statement of Monty Holmes |
| Admitted 6/23/2010 | 32WW | 9/25/1989 | Supplemental Police Report of Det. Carl Ramey |
| Admitted 6/23/2010 | 32XX | N/A | Map of Parking Lot |
|  | 33 | 8/1991 | Trial Testimony of Kevin McQueen (pp. 1227 - 1247) |
|  | 34 | 9/8/1989 | Preliminary Hearing Testimony of Jeff Sapp (pp. 159 - 170) |
|  | 35 | 8/1991 | Trial Testimony of Jeff Sapp (pp. 1248 - 1262) |

| Admitted? | Exhibit | Date | Document |
|---|---|---|---|
| | 36 | 9/8/1989 | Preliminary Hearing Testimony of Larry Young (pp. 6 - 52) |
| | 37 | 8/1991 | Trial Testimony of Larry Young (pp. 797 - 839) |
| | 38 | 8/1991 | Trial Testimony of Darrell "D.D." Collins (pp. 1114 - 1160) |
| | 39 | 8/1991 | Trial Testimony of Benjamin Gordon (pp. 1194 - 1204) |
| | 40 | 8/1991 | Trial Testimony of Det. Greg Ramsey (pp. 1312 - 1335) |
| | 41 | 6/21/2010 | Declaration of Andy Andrews |
| | 42 | 6/22/2010 | Declaration of Dave Liebhauser |
| ✓ Admitted | 43 | 8/17/2001 | Affidavit of Monty Holmes |
| ✓ ~~~~ | 44 | 8/19/1989 | Preliminary Investigation Report of Elizabeth Sosbe |
| ✓ | 45 | 10/14/2008 | Press Release of Spencer Lawton |
| | 46 | 6/23/2010 | Declaration of Charlotte Word, Ph.D. |
| | 47 | NO DATE | Transcript of Interrogation of Michael Wilds on 8/19/1989 |