Steven G. Reade
Arnold & Porter
555 12TH ST NW STE 100
WASHINGTON, DC 20004-1206

Jonathan L Stern
Arnold & Porter LLP
555 12TH ST NW STE 100
WASHINGTON, DC 20004-1206

**Appeal Number: 10-14534-P**
Case Style: In re: Troy Davis
District Court Docket No: 4:09-cv-00130-WTM

The referenced case was docketed in this court on September 27, 2010. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether a certificate of appealability will be issued, we will advise you regarding further requirements.

Upon entry of an order regarding a certificate of appealability and/or leave to proceed in forma pauperis on appeal, the district court clerk is requested to forward a copy of that order and a copy of the page of the district court docket sheet reflecting entry of that order.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov . The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Marcus Simmons
Phone #: (404) 335-6200

Enclosure(s)

HAB-1 Ntc of dktg COA IFP pndg DC

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 30, 2010

Amy Lee Copeland
Attorney at Law
PO BOX 23358
SAVANNAH, GA 31403-3358

Thomas H. Dunn
Georgia Resource Center
303 Elizabeth St.
Atlanta, GA 30307

Jason C. Ewart
Arnold & Porter LLP
555 12TH ST NW STE 100
WASHINGTON, DC 20004-1206

Danielle Garten
Arnold & Porter LLP
555 12TH ST NW STE 100
WASHINGTON, DC 20004-1206

Philip Horton
Arnold & Porter LLP
555 12TH ST NW STE 100
WASHINGTON, DC 20004-1206

Brian S. Kammer
Georgia Resource Center
303 ELIZABETH ST NE
ATLANTA, GA 30307-1907

Stephen Marsh
Arnold & Porter LLP
555 12TH ST NW STE 100
WASHINGTON, DC 20004-1206