# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 11, 2010

Clerk
United States District Court for the Southern
District of Georgia
Post Office Box 8286
125 Bull St. Rm 304
Savannah, GA  31401

    Re:  Troy Anthony Davis
           v. William Terry, Warden
           Application No. 10A476
           (Your No. CV409-130)

Dear Clerk:

    The application for an extension of time within which to docket an appeal in the above-entitled case has been presented to Justice Thomas, who on November 11, 2010 extended the time to and including January 21, 2011.

    This letter has been sent to those designated on the attached notification list.

                                    Sincerely,

                                    **William K. Suter**, Clerk

by

Jeffrey Atkins
Supervisor-Case Analyst Division

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Philip W. Horton
Arnold & Porter LLP
555 12th Street, N.W.
Washington, DC  20004


Clerk
United States District Court for the Southern District of Georgia
Post Office Box 8286
125 Bull St. Rm 304
Savannah, GA  31401